# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01801-DME-BNB

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

DEBORAH LAVOIE-SEBOLD, COLLEEN ENDERTON, KARA SEBOLD, and SEAN SEBOLD,

    Defendants.

## ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)

Upon Plaintiff Metropolitan Life Insurance Company's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a), the Court issues the following Order:

As set forth in the General Release and Renunciation of Rights signed by Defendants, Defendants are prohibited from instituting or prosecuting any action against MetLife for the recovery of any death benefit payable under the First Data Corporation Basic Life Insurance Plan and Supplemental Term Life Plan (the "Plan");

MetLife is hereby discharged from any further liability to Defendants under the Plan; and

This action is hereby dismissed with prejudice, with all parties to bear their own costs, expenses and attorneys fees.

DATED this 23rd day of October, 2008.

                BY THE COURT:

                *s/ David M. Ebel*
                _____
                David M. Ebel
                U.S. Circuit Court Judge